■ ALBERT G. FRACCOLA, JR., Individually and as 50 Percent Shareholder, Officer and Director of 1ST CHOICE REALTY, INC., Appellant, v 1ST CHOICE REALTY, INC., et al., Defendants, and CHAD CARSTENSEN, as Executor of PHYLLIS FRACCOLA, Deceased, Respondent. [48 NYS3d 913]—Appeal from an order and judgment (one paper) of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered July 20, 2015. The order and judgment determined that plaintiff had engaged in frivolous conduct and awarded defendant-respondent attorney's fees in the amount of $1,200.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs. Present—Whalen, P.J., Centra, Peradotto, DeJoseph and Scudder, JJ.